DAVIS v. ATLANTA & CHARLOTTE AIR LINE RY. CO.

REHEARING refused.

Petition for rehearing refused, May 30, by following *per curiam* order:

On examination of this petition, it fails to satisfy us that any material fact or principle of law has either been overlooked or disregarded—hence there is no ground for a rehearing.

It is, therefore, ordered, that the petition be dismissed, and that the remittitur heretofore granted, be revoked